46 A.3d 1285

**Christopher HESS, Appellant**

v.

**Kimberly A. BARKLEY, Secretary Pennsylvania Board of Probation and Parole, and John J. Talaber, Assistant Counsel.**

Supreme Court of Pennsylvania.

June 18, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 18th day of June, 2012, the Order of the Commonwealth Court is **AFFIRMED.**